CLOSED, EAPADMIN

# U.S. District Court
# United States District Court for the Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00342−HFS

Roark v. Davol, Inc. et al
Assigned to: District Judge Howard F. Sachs
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/08/2008
Date Terminated: 06/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Roark**

represented by **Jeffrey M. Kuntz**
Wagstaff &Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701−1100
Fax: (816) 531−2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2008 | Ï 1 | COMPLAINT against all defendants filed by Jeffrey M. Kuntz on behalf of Robert Roark. Filing fee $350, receipt number 08660000000001788156. Service due by 9/8/2008. (Attachments: # 1 Civil Cover Sheet)(Kuntz, Jeffrey) (Entered: 05/08/2008) |
| 05/09/2008 | Ï 2 | Notice of EAP assignment to Program Administrator. (Attachments: # 1 EAP General Order)(McDowell, Shelly) (Entered: 05/09/2008) |
| 05/09/2008 | Ï | ***Remark − Letter mailed to MDL Panel regarding potential MDL case. (McDowell, Shelly) (Entered: 05/09/2008) |
| 06/20/2008 | Ï 3 | CONDITIONAL TRANSFER ORDER (CTO−20) from Jeffery N. Luthi, Clerk of the panel transferring case to the District of Rhode Island. (Kee, Georgia) (Entered: 06/20/2008) |
| 06/20/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Kee, Georgia) (Entered: 06/20/2008) |